Case 1:26-cv-02140-JW Document 20 Filed 10/19/26 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SINDLY LAMOURT,

Plaintiff,

vs.

Civil Action No.:
1:26-CV-02140-JW

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

Defendant.
------------------------------------------------------------X

**ORDER**

AND, NOW, this 19 day of October, 2026, upon consideration of Plaintiff's unopposed motion for an extension of time to file Plaintiff's reply brief at Dkt. No. 18,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's reply brief is deemed timely filed. The Clerk of Court is respectfully requested to close Dkt. No. 18.

Entered: October 19, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge